JOSEPH B. PATRICK v. SIR WALTER CHEVROLET COMPANY,
A CORPORATION.

(Filed 20 September, 1939.)

APPEAL by plaintiff from *Hamilton, Special Judge,* at April Term, 1939, of BEAUFORT.

Civil action for recovery of damages for personal injury received in automobile collision, which plaintiff alleges resulted from the actionable negligence of defendant.

The material allegations of the complaint are denied by defendant.

At the close of evidence for plaintiff on the trial below the court granted motion of defendant for judgment as in case of nonsuit. From judgment in accordance therewith plaintiff appeals to the Supreme Court, and assigns error.

*Grimes & Grimes for plaintiff, appellant.*
*Rodman & Rodman for defendant, appellee.*

PER CURIAM. Plaintiff here challenges the judgment as of nonsuit.

After careful review and consideration of the evidence introduced by plaintiff and shown in the record, taken in the light most favorable to him, we concur in the ruling of the court below.

The judgment is

Affirmed.

GEORGE PRUDEN v. NATIONAL ACCIDENT & HEALTH INSURANCE COMPANY.

(Filed 20 September, 1939.)

APPEAL by defendant from *Carr, J.,* at June Term, 1939, of PASQUO-TANK. No error.

Action on policy of accident and health insurance. From judgment in favor of plaintiff the defendant appealed.

*Robt. B. Lowry and T. J. Markham for plaintiff, appellee.*
*M. B. Simpson and R. M. Conn for defendant, appellant.*

PER CURIAM. Issues of fact were determined by the jury in favor of the plaintiff. On the record we find no ruling of the trial court which should be held for reversible error.

No error.